UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-23101-BLOOM/Louis

XIOMARA DEL CARMEN RIOS
CHAVARRIA, and all others similarly
situated under 29 U.S.C. § 216(b),

    Plaintiff,

v.

YAMBO INC., a Florida Corporation, and
ARMANDO PEREZ SR., an individual,

    Defendants.
_____/

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** is before the Court upon Joint Motion to Approve Settlement Agreement and to Dismiss with Prejudice, ECF No. [22] ("Motion"), filed on September 4, 2020. Upon review of the record and the parties' documented basis for a settlement of the FLSA case, including an award of attorneys' fees to Plaintiff's counsel as the prevailing party, the Court finds that settlement of this action is fair and reasonable and that the requested fee is fair and reasonable and not grossly excessive.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, **ECF No. [22]**, is **GRANTED**.

2. The Settlement Agreement and Mutual General Release, ECF No. [23-1] ("Settlement Agreement"), which has been duly filed as a record of the Court, is **APPROVED** in its entirety.

3. This case is **DISMISSED WITH PREJUDICE**, and all pending motions are

Case No. 20-cv-23101-BLOOM/Louis

**DENIED AS MOOT**.

4. The Court retains jurisdiction to enforce the terms of the Settlement Agreement.

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 8, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record